United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA PRADO, | No. C-13-4536 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE** |
| QUALITY LOAN SERVICE CORPORATION, *et al.*, | **(Docket No. 17)** |
| Defendants. | |
| _____/ | |

    Plaintiff Norma Prado, proceeding pro se, has filed a motion asking that the hearing on two motions to dismiss, currently scheduled for December 12, 2013, be vacated and continued to January 23, 2014. Ms. Prado seeks this relief on the basis that she needs additional "time to prepare and file documents because [of] unforeseen, unscheduled travel outside the country." Mot. at 17. Defendants Aurora Loan Services, LLC and Nationstar Mortgage, LLC have opposed the request.[1] Aurora and Nationstar state that they are not adverse to giving Ms. Prado additional time to submit oppositions to the motions (the time for filing oppositions has now passed) but argue that the hearing date should be maintained.

    Having considered the papers submitted, the Court hereby **GRANTS** the request for relief. While the Court is not unsympathetic to Aurora and Nationstar's position, a brief delay of six weeks will not unduly prejudice them. Accordingly, the Court hereby orders as follows.

---

[1] Defendant Quality Loan Service Corporation has not weighed in on the matter.

Ms. Prado shall file her oppositions to the two motions to dismiss (Aurora/Nationstar's motion *and* Quality Loan's motion) by **December 16, 2013**. Aurora/Nationstar and Quality Loan shall then have until **December 23, 2013**, to file their reply briefs. The hearing on the motions shall be continued to **January 23, 2014, at 1:30 p.m.**

This order disposes of Docket No. 17.

IT IS SO ORDERED.

Dated: November 18, 2013

_____
EDWARD M. CHEN
United States District Judge